SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213 358-7200

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| OSTRICH INTERNATIONAL COMPANY, LTD., a foreign corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MICHAEL A. EDWARDS GROUP INTERNATIONAL, INC.., a California corporation, dba MAE Group International, Inc.; MICHAEL A. EDWARDS, an individual; and DOES 1-25, inclusive,<br><br>                    Defendants. | Case No. 2:21-cv-00639-JVS-AS<br><br>**JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT** |
| AND ALL RELATED CROSS-ACTIONS AND THIRD PARTY COMPLAINTS | |

1

**JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT**

Error! Unknown document property name.

In the above entitled cause, Plaintiff Ostrich International Company, Ltd. International, Inc., a foreign corporation ("Plaintiff"), and Michael A. Edwards Group International, Inc., a California corporation ("MAE Group") and Michael A. Edwards, an individual ("Edwards") (collectively "Defendants"), having stipulated to entry of Judgment in the sum not to exceed Three Hundred Thirty-Four Thousand and 00/100 Dollars ($334,000.00) (with credit given for any and all payments received by Plaintiff from Defendants and Third-Party Defendants, AETCO, Inc. and Deepmala Sengupta) pursuant to the terms of the Confidential Settlement Agreement and Mutual Releases ("Settlement Agreement") and the Stipulation for Entry of Judgment Pursuant to Settlement Agreement ("Stipulated Judgment") and for costs of enforcement of the Settlement Agreement.

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that Judgment be entered in favor of Plaintiff, and against Defendants, for the sum of $234,00.00, with prejudgment interest in the sum of $2,206.54 and for Plaintiff's attorneys' fees and costs in enforcing the Settlement Agreement in the sum of $_____0_____. Post judgment interest shall accrue at the rate of 5.07% per annum.

Dated: June 23, 2023

_____
Hon. James V. Selna
United States District Judge

3
**JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT**

Error! Unknown document property name.