1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213 358-7200

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| OSTRICH INTERNATIONAL COMPANY, LTD., a foreign corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MICHAEL A. EDWARDS GROUP INTERNATIONAL, INC.., a California corporation, dba MAE Group International, Inc.; MICHAEL A. EDWARDS, an individual; and DOES 1-25, inclusive,<br><br>                    Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS AND THIRD PARTY COMPLAINTS | Case No. 2:21-cv-00639-JVS-AS<br><br>**JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT** |

1

In the above entitled cause, Third-Party Plaintiffs Michael A. Edwards Group International, Inc., a California corporation ("MAE Group") and Michael A. Edwards, an individual ("Edwards") (collectively "Third-Party Plaintiffs") and Third-Party Defendants AETCO, Inc. ("AETCO") and Deepmala Sengupta ("Sengupta") (collectively "Third-Party Defendants"), having stipulated to entry of Judgment in the sum not to exceed Three Hundred Eleven Thousand, Three Hundred Seventy-Nine and 00/100 Dollars ($311,379.00) (with credit given for any payments received by Plaintiff Ostrich International Company, Ltd. from Third-Party Defendants) pursuant to the terms of the Confidential Settlement Agreement and Mutual Releases ("Settlement Agreement") and the Stipulation for Entry of Judgment Pursuant to Settlement Agreement ("Stipulated Judgment") and for costs of enforcement of the Settlement Agreement.

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that Judgment be entered in favor of Third-Party Plaintiffs, and against Third-Party Defendants, for the sum of $211,379, with prejudgment interest in the sum of $17,248.55, and for Third-Party Plaintiffs' attorneys' fees and costs in enforcing the Settlement Agreement in the sum of $_____0_____.  Post judgment interest shall accrue at the rate of  5.07% per annum.

Dated: June 23, 2023

_____
Hon. James V. Selna
United States District Judge

**JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT**

SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213 358-7200